NUMBER 13-06-534-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


SHERYL GRANT AND HARVEY

(JAVIEL) DEL LA CRUZ, Appellants,


v.



GEORGE W. INCE D/B/A DONE RITE FARMS, Appellee.

___________________________________________________________________


On appeal from County Court at Law No. 2


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam


 Appellants, SHERYL GRANT AND HARVEY (JAVIEL) DE LA CRUZ, perfected
an appeal from a judgment entered by County Court at Law No. 2 of Nueces County,
Texas, in cause number 06-60582-2. The notice of appeal and clerk's record were
received on September 27, 2006. Pursuant to Tex. Gov't Code §51.207(b)(1) and §
51.941(a)(1), a filing fee in the amount of $125.00 is due upon the filing of an appeal. 
To date, appellants have failed to pay the filing fee. Appellee has filed a motion to
dismiss the appeal for appellants' failure to prosecute the appeal and for failure to
timely file the docketing statement, reporter's record and pay the filing fee. 

 On November 28, 2006, pursuant to Tex. R. App. P. 42.3(c), notice was given
to appellants that they were delinquent in remitting this filing fee and that, unless the
filing fee was paid within ten days from the date of receipt of this Court's notice, this
appeal would be dismissed. To date, appellants have failed to respond to this Court's
notice.

 The Court, having considered the documents on file, appellants' failure to
comply with the rules, and appellee's motion to dismiss the appeal, is of the opinion
that the appeal should be dismissed. Appellee's motion to dismiss the appeal is
GRANTED, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 21st day of December, 2006.